IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **VALERIA SINAY ESPINA-FRANCO,** | § | |
| | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1411-KC** |
| | § | |
| **PAM BONDI, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  On May 28, 2026, the Court granted in part

Valeria Sinay Espina-Franco's Petition for Writ of Habeas Corpus and ordered Respondents to

either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the

Government was to bear the burden of justifying, by clear and convincing evidence of

dangerousness or flight risk, her continued detention; or (2) release her from custody, under

reasonable conditions of supervision.  May 28, 2026, Order 3, ECF No. 6.  Respondents were to

do so by June 4.  *Id.*

On June 4, Respondents filed a Status Report, ECF No. 9, informing the Court that a

bond hearing was held that day and Espina-Franco was granted bond of $5,000.00.  *See id.* Ex. A

("IJ Order"), ECF No. 9-1.  Finding that no matters remained to be resolved, the Court closed the

case.  Final J., ECF No. 10.

Espina-Franco has now filed a Motion for Contempt ("Motion"), ECF No. 13.  She

alleges that "Respondent has failed to provide an immigration bond hearing in front of the

immigration judge and has not released [her] from custody."  *Id.* at 2.  Espina-Franco thus

requests that the Court order her release and find Respondents in contempt of the Court's May

28, 2026, Order.  *Id.*  Although the Motion is dated June 9, Espina-Franco does not address Respondents' representation that a bond hearing was held on June 4, at which an IJ ordered that she be released upon the posting of a $5,000.00 bond.  *See generally id.*

Accordingly, the Court **ORDERS** that Espina-Franco shall **FILE** a supplemental brief **by no later than July 7, 2026**, clarifying her allegations and explaining whether she is alleging (1) that the purported June 4 bond hearing did not take place; (2) that the June 4 bond hearing did take place, but she is unable to pay the $5,000.00 bond and thus remains detained; or (3) other allegations regarding the June 4 bond hearing.  If Espina-Franco disputes that a bond hearing took place, she shall submit any supporting evidence in her possession.

**SO ORDERED**.

**SIGNED this 16th day of June, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

2