**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **VALERIA SINAY ESPINA-FRANCO,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1411-KC** |
| | § | |
| **PAM BONDI, et al.,** | § § | |
| **Respondents.** | § § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On May 28, 2026, the Court granted in part Valeria Sinay Espina-Franco's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  May 28, 2026, Order 3, ECF No. 6.  Respondents were to do so by June 4.  *Id.*

On June 4, Respondents filed a Status Report, ECF No. 9, informing the Court that a bond hearing was held that day and Espina-Franco was granted bond of $5,000.00.  *See id.* Ex. A ("IJ Order"), ECF No. 9-1.  Finding that no matters remained to be resolved, the Court closed the case.  Final J., ECF No. 10.

On June 15, 2026, Espina-Franco filed a Motion for Contempt ("Motion"), ECF No. 13, alleging that "Respondent has failed to provide an immigration bond hearing in front of the immigration judge and has not released [her] from custody."  *Id.* at 2.  Espina-Franco thus requested that the Court order her release and find Respondents in contempt of the Court's May

28, 2026, Order.  *Id.*  Although the Motion was dated June 9, Espina-Franco did not address Respondents' representation that a bond hearing was held on June 4, at which an IJ ordered that she be released upon the posting of a $5,000.00 bond.  *See generally id.*

The Court thus ordered Espina-Franco to file a supplemental brief by July 7, clarifying her allegations and explaining whether she is alleging (1) that the purported June 4 bond hearing did not take place; (2) that the June 4 bond hearing did take place, but she is unable to pay the $5,000.00 bond and thus remains detained; or (3) other allegations regarding the June 4 bond hearing.  June 16, 2026, Order 2, ECF No. 14.

On June 22, Respondents filed a Response, ECF No. 17, opposing the Motion and informing the Court that Espina-Franco posted the $5,000.00 bond and was released from custody on June 12, 2026.  *Id.* at 1; *see id.* Ex. A ("Form I-830E"), ECF No. 17-1.

Espina-Franco's deadline to file a supplemental brief has now passed, and she has not filed any response to the Court's Order or Respondents' Response.

Accordingly, the Court **ORDERS** that the Motion, ECF No. 13, is **DENIED**. The case shall remain closed.

**SO ORDERED**.

**SIGNED this 8th day of July, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

2